| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Megan Troy SBN 194712<br>The Cardoza Law Corporation<br>548 Market St. #80594<br>San Francisco, CA 94104<br>ATTORNEY FOR  Plaintiff | TELEPHONE NUMBER<br>(415) 498-0854 | FOR COURT USE ONLY |
|---|---|---|
| EASTERN DISTRICT, FRESNO<br>2500 Tulare St. Rm 1501<br>Fresno, CA 93721 | | |
| SHORT TITLE OF CASE:<br>Calderon, Steven v. Resurgent Capital Services, L.P etl .al. | | |
| DATE:       TIME:       DEP./DIV. | | CASE NUMBER:<br>1:17-cv-01655-LJO-MJS |
| **Declaration of Service** | | Ref. No. or File No:<br>Calderon |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons; Complaint; Order Setting Mandatory Scheduling Conference; Standing Order in all Civil Cases Assigned to District Judge Lawrence J. ONeil; Stipulation to Elect Referral of Action to Voluntary Dispute Resolution Program ;**

On: **RESURGENT CAPITAL SERVICES, L.P.**

I served the summons at:

**2710 Gateway Oaks Dr STE 150N  Sacramento, CA 95833**

On: **12/22/2017**           Date:  **09:11 AM**

In the above mentioned action  by serving to and leaving with
**Becky DeGeorge  -  Process Specialist**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

a. Name: **Steve Glaeser**
b. Address: **500 Allerton Street Suite 105, Redwood City, CA 94063**
c. Telephone number: **(650) 364-9612**
d. **The fee** for this service was: **78.00**
e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Steve Glaeser                                                 Date: 01/03/2018

S W I F T
MORE THAN JUST OUR NAME
IT'S WHAT WE DO

Declaration of Service                                                        Invoice #: 1843749-01