**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
548 Market St. #80594
San Francisco, CA 94104
Telephone: (415) 488-8041
Facsimile: (415) 651-9700
*Attorney for Plaintiff*,
Steven M. Calderon

# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. CALDERON;<br><br>Plaintiff,<br><br>v.<br><br>RESURGENT CAPITAL SERVICES, L.P. and PINNACLE CREDIT SERVICES, LLC;<br><br>Defendants | **Case No.:** 1-17-cv-01655-LJO-MJS<br><br>**NOTICE OF SETTLEMENT** |

///

///

///

///

**NOTICE OF SETTLEMENT IN CASE NO: 1-17-CV-01655-LJO-MJS**

**TO THE COURT:**

The Plaintiff, through counsel, hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled, and respectfully requests that the Court grant Plaintiff until March 12, 2018 to file the expected Notice of Voluntary Dismissal.

Respectfully Submitted,

**THE CARDOZA LAW CORPORATION**

DATED: February 5, 2018       BY: /s/ MICHAEL F. CARDOZA
                              MICHAEL F. CARDOZA, ESQ.
                              ATTORNEY FOR PLAINTIFF,
                              STEVEN M. CALDERON